Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ALEXANDER,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 5:16-cv-02157-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

     IT IS HEREBY STIPULATED by and between plaintiff Kevin Alexander and defendant Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | | |
|---|---|---|
| DATED: March 17, 2017 | Sagaria Law, P.C. | |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Kevin Alexander |

DATED: March 17, 2017                Jones Day


                                     By: _/s/Celia M. Jackson_
                                             Celia M. Jackson
                                     Attorneys for Defendant
                                     Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

                                     BETH L. FREEMAN
                                     UNITED STATES DISTRICT JUDGE